# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER JOHNSON, individually and as heirs of decedent LEGEND ALFONZO JOHNSON; and JORDAN JOHNSON, individually and as heirs of decedent LEGEND ALFONZO JOHNSON,<br><br>         Plaintiffs,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC et al.,<br><br>         Defendants. | Case No.: 3:25-cv-02769-JES-MMP<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>[ECF No. 12] |

  For the reasons stated on the record at the January 7, 2026, hearing, Plaintiffs' Motion to Remand the matter to state court is **GRANTED**. The Court finds this case factually analogous to *Childs v. San Diego Family Housing, LLC*, 150 F.4th 1151 (9th Cir. 2025). Further, the Court finds that Defendants lacked an objectively reasonable basis for removal and awards attorneys' fees. Plaintiffs have until January 23, 2026, to submit their motion for attorneys' fees. Defendants may file an optional response no later than January 30, 2026. No reply briefing will be accepted.

//

1  **IT IS SO ORDERED.**

2  Dated:  January 7, 2026

Honorable James E. Simmons Jr.
United States District Judge